# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TRP FUND IV, LLC, A DOMESTIC NON-PROFIT CORPORATION<br>Appellant,<br>vs.<br>PROF-2013-S3 LEGAL TITLE TRUST V, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE, A NATIONAL BANKING ENTITY,<br>Respondent. | No. 79911<br><br>**FILED**<br><br>MAR 24 2020<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Joseph Hardy, Jr., District Judge
Hong & Hong
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk

20-11324